IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARY J. BALLARD, <br> SSN - 3634, | ) <br> ) <br> ) | |
| Plaintiff(s), | ) <br> ) | |
| vs. | ) <br> ) | Case No. 6:09-cv-108-RAW-SPS |
| COMMISSIONER OF SOCIAL SECURITY, | ) <br> ) <br> ) <br> ) | |
| Defendant(s). | ) | |

## NOTICE OF A MAGISTRATE JUDGE'S AVAILABILITY

In accordance with 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73 and Local Civil Rule 73.1, the Court gives notice that a United States Magistrate Judge of this district court is available to conduct all proceedings in this civil action (including a jury or non-jury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. <u>A magistrate judge may exercise this authority only if all parties voluntarily consent</u>. The parties may consent to have their case referred to a magistrate judge or may withhold their consent without adverse substantive consequences.

## CONSENT TO A MAGISTRATE JUDGE'S AUTHORITY

The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment and all post-trial proceedings.

| Party Represented | Signature of Attorney | Date |
|---|---|---|
| Mary J. Ballard | s/Casey L. Saunders | 8/31/2009 |
| Comm. of Social Security | s/Cheryl Triplett | 8/31/2009 |

## ORDER OF REFERENCE TO A MAGISTRATE JUDGE

[ ]  IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is GRANTED. The above-captioned case is hereby referred to United States Magistrate Judge **STEVEN P. SHREDER** to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73 and pursuant to the consent of the parties.

[ ]  IT IS HEREBY ORDERED that the consent of the parties to proceed before a United States Magistrate Judge is DENIED.

9.1.09

DATE

UNITED STATES DISTRICT JUDGE