# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

MARY J. BALLARD,              )
                                    )
            Plaintiff,        )
                                    )
v.                             )     Case No. CIV-09-108-SPS
                                    )
MICHAEL J. ASTRUE,       )
Commissioner of the Social    )
Security Administration,      )
                                    )
           Defendant.     )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 20] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 30th day of September, 2010.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**